October 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

OLIVIA FLORES, Appellant

NO. 14-12-00722-CV                               V.

SONIC AUTOMOTIVE OF TEXAS, L.P., D/B/A LONE STAR FORD, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Sonic Automotive of Texas, L.P., d/b/a Lone Star Ford, signed July 24, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Olivia Flores, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.